UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBALFOUNDRIES US 2 LLC,

          Plaintiff,

   -against-

ELECTRO RENT CORPORATION,

          Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Civil Action No. 7:22-cv-08754

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff GlobalFoundries US 2 LLC, by and through the undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety against Defendant Electro Rent Corporation, with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: January 31, 2023
       Albany, New York

WHITEMAN OSTERMAN & HANNA LLP

BY: *William S. Nolan*

William S. Nolan, Esq.
*Attorneys for Plaintiff*
One Commerce Plaza
Albany, New York 12260
Telephone: (518) 487-7600
wnolan@woh.com